IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RICKY ALLEN PALMER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:10cv32-MHT |
| | ) | (WO) |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AND OPINION**

On August 12, 2014, the magistrate judge filed a recommendation that the decision of the Acting Commissioner of Social Security, denying plaintiff's application for disability insurance benefits under Title II of the Social Security Act and his application for supplemental security income under Title XVI of the Act, should be affirmed. No timely objections to the recommendation have been filed.

Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED and ADJUDGED that the recommendation of the magistrate judge (doc. no. 28) is adopted.

An appropriate judgment will be entered.

Done this the 5th day of September, 2014.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE